# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00489-CV

---

**Patricia Faith Dickinson, Appellant**

**v.**

**Joshua Thomas Dickinson, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
### NO. 21-2995-FC3, THE HONORABLE DOUG ARNOLD, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Patricia Faith Dickinson appeals from the trial court's final judgment in a suit affecting the parent-child relationship. Dickinson has filed a verified motion to supplement the record, contending that she has "made repeated good-faith efforts" to secure the inclusion of additional materials in the clerk's and reporter's records. According to Dickinson, these efforts include communicating directly with the trial court clerk and other court staff about the records sought, as well as filing motions. Despite these attempts, Dickinson represents that she has not been successful in securing the inclusion of these additional materials, which she claims are of vital importance to this appeal, and thus contends the record is "incomplete and potentially misleading." Resolution of issues involving the reporter's record is a matter for the trial court. *See* Tex. R. App. P. 34.6(e)(3). When, as here, a "dispute arises after the reporter's

record has been filed in the appellate court, that court may submit the dispute to the trial court for resolution." *Id.*

We abate this appeal and remand this cause to the trial court for resolution of the dispute about whether the appellate record is incomplete and/or misleading, whether the supplemental records Dickinson seeks exist and are relevant to this appeal, and whether she is entitled to supplement the record with the materials she seeks. A supplemental reporter's or clerk's record containing the trial court's determination shall be filed with this Court by July 30, 2026. This appeal will be reinstated after the supplemental record is filed.

It is ordered on June 30, 2026.

Before Justices Triana, Kelly, and Ellis

Abated and Remanded

Filed: June 30, 2026